IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV -7 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:18-CR- 113 |
| v. | § | BY |
| | § | DEPUTY_____ |
| HENRY AQUEEM SIMMONS | § | Judge Heartfield |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(a)(6) (False
Statement During Purchase of a Firearm)

On or about March 13, 2018, in the Eastern District of Texas, the defendant,

**Henry Aqueem Simmons**, in connection with the attempted acquisition of a firearm, to

wit: a Taurus PT 738 .380 caliber pistol, bearing serial number 1D135823 from Academy

Store Fourteen, 8453 Memorial Boulevard, Port Arthur, Texas, a licensed dealer of

firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

made a false and fictitious written statement to Academy Store Fourteen, which statement

was intended and likely to deceive Academy Store Fourteen, as to a fact material to the

lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18,

in that the defendant represented that he was not under indictment or information in any

court for a felony, or any other crime for which the judge could imprison him for more

than one year; in violation of Title 18, United States Code, Sections 922(a)(6) and

924(a)(2).

**Count Two**

Violation: 18 U.S.C. § 922(a)(6) (False
Statement During Purchase of a Firearm)

On or about July 16, 2018, in the Eastern District of Texas, the defendant, **Henry Aqueem Simmons**, in connection with the attempted acquisition of a firearm, to wit: a Haskell Hi Point JHP, .45 caliber Pistol bearing serial number X4323013 from EZ Pawn, 3777 College Street, Beaumont, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to EZ Pawn, which statement was intended and likely to deceive EZ Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not under indictment or information in any court for a felony, or any other crime for which the judge could imprison him for more than one year; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
RUSSELL E. JAMES
Assistant United States Attorney

_____
11/7/18
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA      §
     §    No. 1:18-CR- 113
v.      §
     §
HENRY AQUEEM SIMMONS      §

## NOTICE OF PENALTY

### Counts One and Two

Violation:      18 U.S.C. § 922(a)(6)

Penalty:      Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00